# EXHIBIT 7

# JONES WALKER

Robert L. Waddell
Direct Dial (337) 262-9023
Direct Fax (337) 262-9001
rwaddell@joneswalker.com

June 2, 2011

**Via E-mail, Original to Follow by U.S. Mail**

Thomas W. Brooke, Esq.
Holland & Knight, LLP
2099 Pennsylvania Ave., N.W., Suite 100
Washington, DC 20006

Re: Tony Chachere's Creole Foods of Opelousas, Inc.
Your Ref. 73051/9
Our Ref. 26645/126897-00

Dear Mr. Brooke:

We have been retained as intellectual property counsel for French Market Foods of Louisiana, L.L.C. ("FMF"). Your letter to Mr. R. William Collings dated May 31, 2011 has been referred to us for handling.

Be advised that we are presently investigating the issues raised in your letter concerning your client's alleged ownership of certain "proprietary intellectual property." We will endeavor to respond to your allegations promptly upon completion of our investigation. To expedite our investigation and ultimately our reply, it would be most helpful if you could provide us with the following information and/or materials:

1. Identify with specificity and describe in detail each of the "names, logos, colors, styles, packaging, photographs and related promotional items" that you contend your client has exclusive rights to and identify the specific goods associated therewith;

2. An example of each product packaging containing the "names, logos, colors, styles, packaging, photographs and related promotional items" identified in your response to paragraph 1 above;

3. Identify with specificity and describe in detail the "distinct graphic style and format" of your client's packaging that you claim FMF's re-branded products may not resemble;

4. An example of your client's packaging containing the "distinct graphic style and format" identified in your response to paragraph 3 above;

Thomas W. Brooke, Esq.
June 2, 2011
Page 2

5. Identify with specificity each photograph you contend is proprietary to your client and provide a copy of each such photograph;

6. Please advise if your client is claiming ownership of any copyrights in the photographs identified in your response to paragraph 5 above and explain the basis for such ownership claim (e.g., work-for-hire, assignment, etc.);

7. Identify with specificity and describe in detail the "strategy developed by Tony Chachere's" upon which the photographs were allegedly based; and

8. A copy of each and every federal trademark registration owned by your client for the trademarks at issue.

Please provide the requested information and materials at your earliest convenience so that we can complete our investigation and reply to your letter. The information and materials will also greatly assist FMF in its efforts to avoid incorporating any of your client's legitimate trademark or trade dress rights in its re-branded products.

                                              Sincerely,

                                              ROBERT L. WADDELL

RLW/gtr