RECEIVED

FEB 20 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| TONY CHACHERE'S CREOLE FOODS OF OPELOUSAS, INC. | CIVIL ACTION NO. 6:11-1712 |
| | JUDGE DOHERTY |
| VERSUS | |
| | MAGISTRATE JUDGE HILL |
| BIG EASY FOODS OF LOUISIANA, LLC | |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Joint Motion to Dismiss With Prejudice, filed by all of the parties to the captioned action:

**IT IS ORDERED** that the captioned action, including all claims and counterclaims contained therein, be and are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that each party is to bear its own costs and attorney's fees.

**SIGNED** this 20 day of February, 2013, at Lafayette, Louisiana.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE